**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 15 2016

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**BARBARA RASULALLAH, Individually
and on behalf of all others similarly situated**

**PLAINTIFF**

v.                    Case No. *4:16 cv 24-SWW*

**RECEIVABLES MANAGEMENT CORPORATION
OF AMERICA and JOHN DOES 1-10**

**DEFENDANTS**

This case assigned to District Judge *Wright*
and to Magistrate Judge *Volpe*

## CLASS ACTION COMPLAINT

Plaintiff Barbara Rasulallah ("Plaintiff" or "Ms. Rasulallah"), individually and on behalf of all others similarly situated, sues Receivables Management Corporation of America ("Defendant" or "RMC") and John Does 1-10, demands a trial by jury, and alleges:

### NATURE OF THE CASE

1.    This is a proposed class action seeking redress for Defendant's violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

2.    This Action is brought to provide statutory damages to Plaintiff and others similarly situated for RMC's routine practice of serving pro se consumer defendants, like Ms. Rasulallah, in collection actions pending in Arkansas Courts

Page 1 of 11

with deceptive and misleading "Information and Instructions" forms that violate various provisions of the FDCPA.

## JURISDICTION AND VENUE

3.     This Court has jurisdiction over this Action under the FDCPA (15 U.S.C. § 1692k(d)) and subject-matter jurisdiction (28 U.S.C. § 1331).

4.     Venue is proper in this District because Defendant committed a statutory tort in Arkansas and within this judicial district, and a substantial part of the events or omissions establishing the claim occurred in this district. 28 U.S.C. § 1301 and 28 U.S.C. § 1395.

5.     This Court has personal jurisdiction over RMC under the Due Process Clause to the United States Constitution and Arkansas's long-arm statute.

## PARTIES

6.     Plaintiff Barbara Rasulallah is an adult, individual, resident of Pulaski County Arkansas. Ms. Rasulallah is a "consumer" as defined by 15 U.S.C. § 1692a(3).

7.     Defendant Receivables Management Corporation of America is an Arkansas corporation that operates a debt collection agency and regularly collects debts owed, or due, or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. § 1692a(6). RMC may be served through its registered agent

for service of process: Bea R. Cheesman, 7401 Dollarway Road, Suite 101, Pine Bluff, AR 71601.

8.     RMC was and is doing business within this District either directly or indirectly. The employees of RMC, its subsidiaries, affiliates and other related entities, were the agents, servants and employees of RMC, and each was acting with the purpose and scope of said agency and employment. Whenever referring to any act or transaction of RMC such allegation shall be deemed to mean that the principals, officers, directors, employees, agents, and/or representatives of RMC committed, knew of, performed, authorized, ratified and/or directed such act or transaction for RMC while engaged in the scope of their duties.

9.     Plaintiff has included as Defendants John Does 1-10, whose identity can be ascertained through discovery. *See Munz v. Parr*, 758 F.2d 1254, 1257 (8th Cir. 1985).

**FACTUAL ALLEGATIONS**

10.     RMC filed a Complaint against Plaintiff on December 3, 2015, in the District Court for Pulaski County, Arkansas. *See* Exhibit No. 1. The Complaint alleged that Plaintiff owed $814.50 to RMC from a creditor listed as "HARRIS & RENSHAW." *See id.* The Complaint sought a judgment of $814.50, court costs of $92.49 and attorney fees of $100. *See id.*

11.     The Complaint contained the numerical code "1564980" in the footer. *See id.*

12.     The Clerk of the Court issued a Summons on December 3, 2015. *See* Exhibit No. 2. RMC prepared the Summons. The Summons contained the numerical code "1564980" in the footer. *See id.*

13.     The Complaint was accompanied by an "Affidavit and Assignment of Account" which contained the numerical code "R-1564980" in the footer. *See* Exhibit No. 3.

14.     RMC served the Complaint, Affidavit and Summons on the Plaintiff.

15.     A fourth document was included in the materials served on Plaintiff: a document titled "Information and Instructions." *See* Exhibit No. 4. The "Information and Instructions" also contained the numerical code "1564980" in the heading. *See id.*

**16.** **The "Information and Instructions" stated:**

---

INFORMATION AND INSTRUCTIONS  1564980                CIV: PCCV-15-2370

A lawsuit has been filed against you. The relief demanded is stated in the
attached complaint. Within 30 days after service of the summons on you (not
counting the day you received it) or 60 days if you are incarcerated in
any jail, penitentiary, or other correctional facility in Arkansas-you
must file with the clerk of this court a written answer to the complaint
or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.
Below, please find an answer form to fill out and return to the Court.
You are also required to mail a copy of the answer to the Plaintiff.
Please keep a copy of this form for your records.

IMPORTANT: IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN THE TIME FRAME
ALLOWED, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT
OF THE CLAIM FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES AND
INTEREST. IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL
PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A. _____   I admit everything in the complaint and do not want a trial.  I
             understand that the Plaintiff is entitled to a judgment against me
             for the amount sued for, plus court costs, attorney fees, service
             fees and interest.

B. _____   I admit that I am responsible, but not for the total amount claimed
             by the Plaintiff because _____
             _____so
             therefore I request a trial in this case.

C. _____   I deny that I am responsible at all and request a trial in the case
             because_____
             _____

D. _____   I deny that I am responsible at all, in fact the Plaintiff is the
             one at fault. (Please contact the Court Clerk's Office in order to
             file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number. Please put Page 2 at the top corner and sign
and date the 2nd page.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE COMPLAINT.

_Barbara A. Prasidelleh_          _12-11-15_      _501-838-0793_
Defendant's Signature              Date           Phone Number

_6308 Denham Dr   Little Rock  72209_
Current Address

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of PULASKI County, Arkansas
                          LITTLE ROCK Division
                          3001 W ROOSEVELT
                          LITTLE ROCK, AR 72004

2.   Mail one copy to the Plaintiff

3.   Keep a copy for your records

---

17.   Plaintiff believed the "Information and Instructions" was an official court form for her answer and Plaintiff completed and filed it.

18.   RMC's "Information and Instructions" is not an official answer form. Rule 6 of the Arkansas District Court Rules provides the official "Answer and Affirmative Relief Form." This Form provides:

## ANSWER AND AFFIRMATIVE RELIEF—FORM

_____ Court of _____, Arkansas

_____, Plaintiff

                    vs.        No. _____

_____, Defendant

Defendant's Address: _____

Reasons for Denial of Plaintiff's Claim: _____

Affirmative Defenses:      _____
                           _____

Nature and Amount of Affirmative Relief Sought: _____
                                                _____

Date Affirmative Claim Arose: _____

Factual Basis of Affirmative Claim: _____
                                    _____
                                    _____

Names and Addresses of Other Persons Needed for Determination of Affirmative Claim:
_____
_____
_____

Defendant's Attorney, if any, and Address: _____
                                           _____
                                           _____

19.     RMC's "Information and Instructions" form is designed to mislead the least sophisticated consumer that it must be filed, it is an official form, the defendant is limited to four check boxes for her answer, must provide their telephone number, and cannot raise affirmative defenses.

20.     RMC's "Information and Instructions" form does not disclose that it is a communication from a debt collector.

21.     It was RMC's policy and practice to serve "Information and Instructions" form on consumers in debt collection lawsuits in Arkansas. *See* Exhibit No. 5.

## CLASS ALLEGATIONS

22.     Plaintiff brings this Action as a class action under Rule 23 of the Federal Rules of Civil Procedure.

23.     Plaintiff sues on her own behalf and for the following class:

> All consumers residing in Arkansas who, commencing one year before the date of filing this Complaint, were served by RMC "Information and Instructions," in an attempt to collect a debt for personal, family or household purposes, to the date of certification. (the "Class").

24.     Although the precise number of members of the Class is unknown, there a sufficient number of consumers who are putative Class members to meet the requirements of Rule 23(a). Online court records show that RMC filed at least 800

lawsuits against Arkansas consumers in 2015.

25.     Plaintiff is a member of the Class.

26.     Plaintiff's claims are typical of the claims of all Class members in that all putative Class members were served "Information and Instructions," forms by RMC.

27.     No antagonism exists between the interests of the representative Plaintiff and the interests of other Class members, and Plaintiff is fully prepared to pursue her case diligently on their behalf.

28.     Plaintiff's counsel is experienced in class action litigation and well qualified to conduct this litigation.

29.     There exist numerous common questions of law or fact within the meaning of Rule 23 and these common questions predominate over any questions affecting only individual Class members within the meaning of Rule 23:

        a.     Whether RMC's "Information and Instructions" forms violated the FDCPA.

        b.     Whether RMC served "Information and Instructions" forms on each Class member.

30.     Under Rule 23, a class action is superior to the other available methods for the fair and efficient adjudication of the controversy because it is desirable to concentrate the litigation of the Class members' claims to one forum, since it will

conserve party and judicial resources and facilitate the consistency of adjudications.

31.     As the damages suffered by individual Class members are relatively modest, their interest in maintaining separate actions is questionable and the expense and burden of individual litigation makes it impracticable for them to seek individual redress for the wrongs done to them, the class mechanism of Rule 23 is superior. Plaintiff knows of no difficulty encountered in the management of this Action that would preclude its maintenance as a class action.

### COUNT I–(Violation of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq.*)

32.     Plaintiff incorporates all paragraphs by reference.

33.     The foregoing acts and omissions of RMC constitute violations of the following sections of the FDCPA:

a.     15 U.S.C. §§ 1692e (use of a false, deceptive, or misleading representation or means in connection with the collection of any debt);

b.     1692e(2)(false representation of the character, amount, or legal status of any debt);

c.     1692e(10)(use of false representation or deceptive means to collect or to attempt to collect any debt or to obtain information concerning a consumer);

d.     1692e(11)(failure to disclose that a communication is from a debt collector);

e. 1692e(13)(the false representation or implication that documents are legal process);

f. 1692f (use of unfair or unconscionable means to collect or attempt to collect a debt); and

g. 1692f(1)(collection of interest unless such amount is expressly authorized by the agreement or permitted by law).

34. Plaintiff and the Class are entitled to recover statutory damages under

15 U.S.C. §1692k, reasonable attorney's fees and costs.

## JURY DEMAND

35. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

Plaintiff prays for the following relief:

a. An Order certifying this Action as a Class Action, appointing Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel;

b. Statutory Damages under 15 U.S.C. § 1692k(b)(2);

c. An Award of costs, reasonable attorneys' fees, and pre and post-judgment interest; and

d. For all other just and proper relief.

Date: January 15, 2016.

Respectfully submitted,

Will T. Crowder
Ark. Bar No. 2003138
Corey D. McGaha
Ark. Bar No. 2003047
CROWDER MCGAHA, LLP
5507 Ranch Drive, Suite 202
Little Rock, AR 72223
Phone: (501) 205-4026
Fax: (501) 367-8208
wcrowder@crowdermcgaha.com
cmcgaha@crowdermcgaha.com

## Class Action Complaint – Exhibit No. 1

*RMC of America v. Barbara Rasulallah*, Civ: PCCV-15-2370, District Court of Pulaski County, Arkansas, Little Rock Division (Complaint, December 3, 2015).

*Barbara Rasulallah, Individually and on behalf of all others similarly situated*
*v.*
*Receivables Management Corporation of America and John Does 1-10*

U.S. District Court, Eastern District of Arkansas

IN THE DISTRICT COURT OF PULASKI COUNTY, ARKANSAS-LITTLE ROCK DIVISION

RMC OF AMERICA                                              PLAINTIFF

VS.                              CIV: PCCV-15-2370

BARBARA RASULALLAH                                         DEFENDANT

                              COMPLAINT

PLAINTIFF'S ADDRESS:        PO BOX 21060
                            WHITE HALL, AR 71612

DEFENDANT'S ADDRESS:        6308 DENHAM DRIVE
                            LITTLE ROCK, AR 72209

DEFENDANT'S POE:            ST VINCENT

COURT ADDRESS:              DISTRICT COURT OF PULASKI COUNTY
                            3001 W ROOSEVELT
                            LITTLE ROCK, ARKANSAS 72004

1.   PLAINTIFF IS IN COMPLIANCE WITH ARKANSAS CODE ANNOTATED
     SECTION 4-26-405.

2.   NATURE OF CLAIM:    UNPAID MEDICAL DEBT

3.   FACTUAL BASIS OF CLAIM: PAST DUE AND UNPAID OBLIGATION
     OWED BY THE DEFENDANT.

4.   NATURE AND AMOUNT OF RELIEF CLAIMED: THAT THE DEFENDANT
     IS LIABLE TO THE PLAINTIFF IN THE AMOUNT OF $814.50
     AS DETAILED ON THE ATTACHED AFFIDAVIT(S) LISTED AS FOLLOWS:

| DEFENDANT | DATE | AMOUNT | CREDITOR |
|---|---|---|---|
| BARBARA RASULALLAH | 01/30/15 | 814.50 | HARRIS & RENSHAW |

WHEREFORE THE PLAINTIFF PRAYS THAT IT BE AWARDED A JUDGMENT IN
THE AMOUNT OF $814.50, PLUS COURT COSTS OF $92.49
AND ATTORNEY FEES OF $100.00 FOR A TOTAL OF $1006.99.

PLAINTIFF'S ATTORNEY:        MAXIE G KIZER, PA BAR #83101
                             ATTORNEY AT LAW
                             PO BOX 21060, WHITE HALL 71612
                             (870) 534-4764

                                        Original Signed By
                                        MAXIE G. KIZER
                             BY: _____

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT
TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR
THAT PURPOSE.

1564980

**Class Action Complaint – Exhibit No. 2**

*RMC of America v. Barbara Rasulallah*, Civ: PCCV-15-2370, District Court of Pulaski County, Arkansas, Little Rock Division (Summons, December 3, 2015).

*Barbara Rasulallah, Individually and on behalf of all others similarly situated*
*v.*
*Receivables Management Corporation of America and John Does 1-10*

U.S. District Court, Eastern District of Arkansas

IN THE DISRICT COURT OF PULASKI COUNTY, ARKANSAS-LITTLE ROCK DIVISION

PLAINTIFF:    RMC OF AMERICA

VS.           CIV: PCCV-15-2370

DEFENDANT:    BARBARA RASULALLAH


SUMMONS & NOTICE TO DEFENDANT

A LAWSUIT HAS BEEN FILED AGAINST YOU.  THE RELIEF DEMANDED IS
STATED IN THE ATTACHED COMPLAINT.  WITHIN 30 DAYS AFTER SERVICE
OF THIS SUMMONS ON YOU (NOT COUNTING THE DAY YOU RECEIVED IT)
OR 60 DAYS IF YOU ARE INCARCERATED IN ANY JAIL, PENITENTIARY,
OR OTHER CORRECTIONAL FACILITY IN ARKANSAS - YOU MUST FILE WITH
THE CLERK OF THE COURT A WRITTEN ANSWER TO THE COMPLAINT OR A
MOTION UNDER RULE 12 OF THE ARKANSAS RULES OF CIVIL PROCEDURE.

THE ANSWER OR MOTION MUST ALSO BE SERVED ON THE PLAINTIFF OR
THE PLAINTIFF'S ATTORNEY, WHOSE NAME AND ADDRESS ARE:
MAXIE G KIZER, PA BAR #83101, PO BOX 21060, WHITE HALL, AR 71612.

IF YOU FAIL TO RESPOND WITHIN THE APPLICABLE TIME PERIOD,
JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF
DEMANDED IN THE COMPLAINT.

IF YOU ADMIT OWING THE ACCOUNT(S) LISTED IN THE COMPLAINT,
ONE METHOD TO PREVENT THE PLAINTIFF FROM SEEKING JUDGMENT
IS TO PAY THE PRINCIPAL, COURT COSTS, ATTORNEY FEES AND
SERVICE FEES WITHIN 30 DAYS FROM THE DATE YOU RECEIVE THIS
COMPLAINT.

                                        CLERK OF THE COURT

ADDRESS OF CLERK'S OFFICE:
3001 W ROOSEVELT, LITTLE ROCK, AR 72004


                              SCCapps
                              CLERK SIGNATURE


                              DATE: DECEMBER 3, 2015



THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT
TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR
THAT PURPOSE.




1564980

**Class Action Complaint – Exhibit No. 3**

*RMC of America v. Barbara Rasulallah*, Civ: PCCV-15-2370, District Court of Pulaski County, Arkansas, Little Rock Division (Affidavit and Assignment of Account).

*Barbara Rasulallah, Individually and on behalf of all others similarly situated*
*v.*
*Receivables Management Corporation of America and John Does 1-10*

U.S. District Court, Eastern District of Arkansas

## AFFIDAVIT AND ASSIGNMENT OF ACCOUNT

The undersigned authorized representative of the Creditor herein, being first duly sworn and deposed do hereby state on oath as follows:

1. The name of the original creditor to whom the account is owed:
HARRIS & RENSHAW REHAB CTR, INC

2. The original creditor pursuing collection of the account:
HARRIS & RENSHAW REHAB CTR, INC

3. The debtor(s) obligated to pay the account:
BARBARA RASULALLAH

4. The account is held by the original creditor: No

5. The account has been assigned to: RMC of America

6. I am authorized to execute this Affidavit on behalf of the original creditor, and my job title or relationship to the creditor herein is that of: Credit Manager.

7. I am familiar with the books and records of the creditor and the account herein.

8. I have read this affidavit and it is true and correct to the best of my knowledge with all just credits having been applied.

9. The total amount due, including interest, at the time of the execution of this Affidavit is $814.50, and the interest rate applied to the debt is N/A% and the source of the interest rate is N/A.

10. For valuable consideration, receipt whereof acknowledged, this account is hereby assigned, transfered and set over unto RMC of America, with full power and authority to do and perform all acts necessary for collection, settlement, adjustment, compromise or satisfaction of said claim in the name of the undersigned or RMC of America's name.

AFFIANT:

PAM HOWARD
NOTARY PUBLIC ARKANSAS
JULASKI COUNTY
MY COMMISSION EXPIRES 4/30/2022
COMMISSION # 12387455

Credit Manager
HARRIS & RENSHAW REHAB CTR, INC
4801 FAIRWAY AVENUE
NORTH LITTLE ROCK, AR 72116

## ACKNOWLEDGEMENT

State of Arkansas
County of ___Pulaski___

SUBSCRIBED AND SWORN to before me, a Notary Public, on this ___19___ day of ___Nov___, 20 _15_ .

My Commission Expires:
___4/30/22___

Notary Public

R-1564980

**Class Action Complaint – Exhibit No. 4**

*RMC of America v. Barbara Rasulallah*, Civ: PCCV-15-2370, District Court of Pulaski County, Arkansas, Little Rock Division (Information and Instructions).

*Barbara Rasulallah, Individually and on behalf of all others similarly situated*
*v.*
*Receivables Management Corporation of America and John Does 1-10*

U.S. District Court, Eastern District of Arkansas

INFORMATION AND INSTRUCTIONS  1564980       CIV: PCCV-15-2370

A lawsuit has been filed against you. The relief demanded is stated in the
attached complaint. Within 30 days after service of the summons on you (not
counting the day you received it) or 60 days if you are incarcarated in
any jail, penitentiary, or other correctional facility in Arkansas-you
must file with the clerk of this court a written answer to the complaint
or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.
Below, please find an answer form to fill out and return to the Court.
You are also required to mail a copy of the answer to the Plaintiff.
Please keep a copy of this form for your records.

IMPORTANT: IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN THE TIME FRAME
ALLOWED, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT
OF THE CLAIM FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES AND
INTEREST. IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL
PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A. _____   I admit everything in the complaint and do not want a trial.  I
            understand that the Plaintiff is entitled to a judgment against me
            for the amount sued for, plus court costs, attorney fees, service
            fees and interest.

B. _____   I admit that I am responsible, but not for the total amount claimed
            by the Plaintiff because _____
            _____so
            therefore I request a trial in this case.

C. _____   I deny that I am responsible at all and request a trial in the case
            because_____
            _____

D. _____   I deny that I am responsible at all, in fact the Plaintiff is the
            one at fault.  (Please contact the Court Clerk's Office in order to
            file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number. Please put Page 2 at the top corner and sign
and date the 2nd page.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE COMPLAINT.

_Barbara A. Rosudclub_          _12-11-15_        _____
Defendant's Signature            Date              Phone Number

_6308 Denham Dr. Little Rock 72209_
Current Address

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of PULASKI County, Arkansas
                          LITTLE ROCK Division
                          3001 W ROOSEVELT
                          LITTLE ROCK, AR 72004

2.   Mail one copy to the Plaintiff

3.   Keep a copy for your records

# Class Action Complaint – Exhibit No. 5

## *Other RMC Information and Instructions*

*Barbara Rasulallah, Individually and on behalf of all others similarly situated*
*v.*
*Receivables Management Corporation of America and John Does 1-10*

U.S. District Court, Eastern District of Arkansas

INFORMATION AND INSTRUCTIONS   1493930

HTCV
DCCI-15- 364

You have been Sued by the Plaintiff(s) listed on the first page of this claim
form.  Below, find and answer form to fill out and return to the Court WITHIN
30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your
records.  You are also required to mail a copy of this answer to the
plaintiff.  It is not necessary that an attorney be hired to represent yo
However, if you wish, you may take this claim form to an attorney.  The court
will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A
WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT: IF YOU
FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT,
A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM
FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS
OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN
AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A.  ___X___   I admit everything in the complaint and do not want a trial.  I
              understand that the Plaintiff is entitled to a judgment against me
              for the amount sued for, plus court costs, attorney fees, service
              fees and interest. I am making $150.00 payments
              a month, ck'd with RMC.

B.  _____   I admit that I am responsible, but not for the total amount claimed
              by the Plaintiff because _____
              _____ so
              therefore I request a trial in this case.  (You must deliver this to
              the clerk's office within 30 days.)

C.  _____   I deny that I am responsible at all and request a trial in the case
              because_____
              _____(You
              must deliver this to the clerk's office within 30 days.)

D.  _____   I deny that I am responsible at all, in fact the Plaintiff is the
              one at fault.  (Please contact the Court Clerk's Office in order to
              file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number.  Please put Page 2 at the top corner and sign and
date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30
DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_Henrietta Randle_          _5|18|15_   _____
Defendant's Signature          Date       Phone Number
                                           _____

Current Address  _____

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of GARLAND  County, Arkansas
                          607 OUACHITA, ROOM 150
     (within 30 days)     HOT SPRINGS, AR  71901

2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records

INFORMATION AND INSTRUCTIONS   1579821          CIV: 19-93

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of the summons on you (not counting the day you received it) or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas-you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure. Below, please find an answer form to fill out and return to the Court. You are also required to mail a copy of the answer to the Plaintiff. Please keep a copy of this form for your records.

IMPORTANT: IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN THE TIME FRAME ALLOWED, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES AND INTEREST. IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:   (PLEASE PRINT OR TYPE)

A. ___✓___  I admit everything in the complaint and do not want a trial.  I understand that the Plaintiff is entitled to a judgment against me for the amount sued for, plus court costs, attorney fees, service fees and interest.

B. _____  I admit that I am responsible, but not for the total amount claimed by the Plaintiff because _____ so _____ therefore I request a trial in this case.

C. _____  I deny that I am responsible at all and request a trial in the case because_____ _____

D. _____  I deny that I am responsible at all, in fact the Plaintiff is the one at fault.  (Please contact the Court Clerk's Office in order to file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff, Defendant and Case Number. Please put Page 2 at the top corner and sign and date the 2nd page.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF AT THE ADDRESS LISTED ON THE COMPLAINT.

_Brand M Heller_____    _12/31/15_    _____
Defendant's Signature            Date         Phone Number

_____
Current Address

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of POLK County, Arkansas
                           MENA Division
                           507 CHURCH ST
                           MENA, AR 71953

2.   Mail one copy to the Plaintiff

3.   Keep a copy for your records

FILED

JAN 04 2016

DISTRICT COURT CLERK

BY_____

*HTCV-15-762*

INFORMATION AND INSTRUCTIONS  1504983      2015-

You have been Sued by the Plaintiff(s) listed on the first page of this claim form.  Below, find and answer form to fill out and return to the Court WITHIN 30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your records.  You are also required to mail a copy of this answer to the Plaintiff.  It is not necessary that an attorney be hired to represent you.  However, if you wish, you may take this claim form to an attorney.  The court will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A.  __✓__   I admit everything in the complaint and do not want a trial.  I understand that the Plaintiff is entitled to a judgment against me for the amount sued for, plus court costs, attorney fees, service fees and interest. *I have mailed a check, & paid in full.*

B.  _____   I admit that I am responsible, but not for the total amount claimed by the Plaintiff because _____ _____ so therefore I request a trial in this case.  (You must deliver this to the clerk's office within 30 days.)

C.  _____   I deny that I am responsible at all and request a trial in the case because_____ _____(You must deliver this to the clerk's office within 30 days.)

D.  _____   I deny that I am responsible at all, in fact the Plaintiff is the one at fault.  (Please contact the Court Clerk's Office in order to file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff, Defendant and Case Number.  Please put Page 2 at the top corner and sign and date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30 DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_____      9-15-15      _____
Defendant's Signature                Date              Phone Number

_____
Current Address

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of GARLAND County, Arkansas
                          HOT SPRINGS Division
     (within 30 days)     607 OUACHITA, ROOM 150
                          HOT SPRINGS, AR 71901
2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records

INFORMATION AND INSTRUCTIONS   1529419            DCCI-15-

You have been Sued by the Plaintiff(s) listed on the first page of this claim
form.  Below, find and answer form to fill out and return to the Court WITHIN
30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your
records.  You are also required to mail a copy of this answer to the
plaintiff.  It is not necessary that an attorney be hired to represent you.
However, if you wish, you may take this claim form to an attorney.  The court
will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A
WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU
FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT,
A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM
FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS
OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN
AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:   (PLEASE PRINT OR TYPE)

A. ___X___   I admit everything in the complaint and do not want a trial.  I
             understand that the Plaintiff is entitled to a judgment against me
             for the amount sued for, plus court costs, attorney fees, service
             fees and interest.

B. _____   I admit that I am responsible, but not for the total amount claimed
             by the Plaintiff because _____
             _____ so
             therefore I request a trial in this case.  (You must deliver this to
             the clerk's office within 30 days.)

C. _____   I deny that I am responsible at all and request a trial in the case
             because_____
             _____(You
             must deliver this to the clerk's office within 30 days.)

D. _____   I deny that I am responsible at all, in fact the Plaintiff is the
             one at fault.  (Please contact the Court Clerk's Office in order to
             file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number.  Please put Page 2 at the top corner and sign and
date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30
DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_____       _11-22-15_       _____
Defendant's Signature               Date          Phone Number

_____
Current Address

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of GARLAND  County, Arkansas
                          607 OUACHITA, ROOM 150
     (within 30 days)     HOT SPRINGS, AR  71901

2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records

INFORMATION AND INSTRUCTIONS   1522431      2015- 521

You have been Sued by the Plaintiff(s) listed on the first page of this claim
form.  Below, find and answer form to fill out and return to the Court WITHIN
30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your
records.  You are also required to mail a copy of this answer to the
Plaintiff.  It is not necessary that an attorney be hired to represent you.
However, if you wish, you may take this claim form to an attorney.  The court
will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A
WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU
FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT,
A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM
FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS
OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN
AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A. _____   I admit everything in the complaint and do not want a trial.  I
              understand that the Plaintiff is entitled to a judgment against me
              for the amount sued for, plus court costs, attorney fees, service
              fees and interest.

B. _____   I admit that I am responsible, but not for the total amount claimed
              by the Plaintiff because _____
              _____ so
              therefore I request a trial in this case.  (You must deliver this to
              the clerk's office within 30 days.)

C. _____   I deny that I am responsible at all and request a trial in the case
              because_____
              _____(You
              must deliver this to the clerk's office within 30 days.)

D. _____   I deny that I am responsible at all, in fact the Plaintiff is the
              one at fault.  (Please contact the Court Clerk's Office in order to
              file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number.  Please put Page 2 at the top corner and sign and
date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30
DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.


_____       _7/17/15_     _____
Defendant Signature                  Date         Phone Number

Current Address _____

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of GARLAND County, Arkansas
                          HOT SPRINGS Division
     (within 30 days)     607 OUACHITA, ROOM 150
                          HOT SPRINGS, AR 71901
2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records

INFORMATION AND INSTRUCTIONS  1495857          2015-*300*

You have been Sued by the Plaintiff(s) listed on the first page of this claim form. Below, find and answer form to fill out and return to the Court WITHIN 30 DAYS OF SERVICE. It is advised that you keep a copy of this form for your records. You are also required to mail a copy of this answer to the Plaintiff. It is not necessary that an attorney be hired to represent you. However, if you wish, you may take this claim form to an attorney. The court will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:- IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST. IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A. _____ I admit everything in the complaint and do not want a trial. I understand that the Plaintiff is entitled to a judgment against me for the amount sued for, plus court costs, attorney fees, service fees and interest.

B. ✓ I admit that I am responsible, but not for the total amount claimed by the Plaintiff because balance was paid before I recieved this letter_____ so therefore I request a trial in this case. (You must deliver this to the clerk's office within 30 days.)

C. _____ I deny that I am responsible at all and request a trial in the case because_____(You must deliver this to the clerk's office within 30 days.)

D. _____ I deny that I am responsible at all, in fact the Plaintiff is the one at fault. (Please contact the Court Clerk's Office in order to file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff, Defendant and Case Number. Please put Page 2 at the top corner and sign and date the 2nd page. YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30 DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_Tim Bradley_          6-13-15          _____
Defendant's Signature          Date          Phone Number

_____
Current Address

After completing this form, make two copies and:

1. Deliver one copy to: District Court of GARLAND County, Arkansas
                          HOT SPRINGS Division
   (within 30 days)      607 OUACHITA, ROOM 150
                          HOT SPRINGS, AR 71901

2. Mail one copy to the Plaintiff (address listed on front)

3. Keep a copy for your records

INFORMATION AND INSTRUCTIONS   1495826      2015- *323*

You have been Sued by the Plaintiff(s) listed on the first page of this claim form.  Below, find and answer form to fill out and return to the Court WITHIN 30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your records.  You are also required to mail a copy of this answer to the Plaintiff.  It is not necessary that an attorney be hired to represent you.  However, if you wish, you may take this claim form to an attorney.  The court will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A. ___✔___  I admit everything in the complaint and do not want a trial.  I understand that the Plaintiff is entitled to a judgment against me for the amount sued for, plus court costs, attorney fees, service fees and interest.

B. _____  I admit that I am responsible, but not for the total amount claimed by the Plaintiff because _____ _____ so therefore I request a trial in this case.  (You must deliver this to the clerk's office within 30 days.)

C. _____  I deny that I am responsible at all and request a trial in the case because_____ _____(You must deliver this to the clerk's office within 30 days.)

D. _____  I deny that I am responsible at all, in fact the Plaintiff is the one at fault.  (Please contact the Court Clerk's Office in order to file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff, Defendant and Case Number.  Please put Page 2 at the top corner and sign and date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30 DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

*Pamela W. Resor*                     *5-15-15*
_____   _____   _____
Defendant's Signature                 Date                Phone Number

Current Address  _____

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of GARLAND County, Arkansas
                          HOT SPRINGS Division
     (within 30 days)     607 OUACHITA, ROOM 150
                          HOT SPRINGS, AR 71901
2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records

INFORMATION AND INSTRUCTIONS   1386224      2015- 24

You have been Sued by the Plaintiff(s) listed on the first page of this claim
form.  Below, find and answer form to fill out and return to the Court WITHIN
30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your
records.  You are also required to mail a copy of this answer to the
Plaintiff.  It is not necessary that an attorney be hired to represent you.
However, if you wish, you may take this claim form to an attorney.  The court
will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A
WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU
FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT,
A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM
FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS
OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN
AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A.  __X__   I admit everything in the complaint and do not want a trial.  I
            understand that the Plaintiff is entitled to a judgment against me
            for the amount sued for, plus court costs, attorney fees, service
            fees and interest.  *I have settled with the plaintiff and the suit will*

B.  _____  I admit that I am responsible, but not for the total amount claimed
            by the Plaintiff because _____ so *be .*
            therefore I request a trial in this case.  (You must deliver this to *dismissed*
            the clerk's office within 30 days.)

C.  _____  I deny that I am responsible at all and request a trial in the case
            because_____
            _____(You
            must deliver this to the clerk's office within 30 days.)

D.  _____  I deny that I am responsible at all, in fact the Plaintiff is the
            one at fault.  (Please contact the Court Clerk's Office in order to
            file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number.  Please put Page 2 at the top corner and sign and
date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30
DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_____   6-9-15   _____
Defendant's Signature             Date          Phone Number

_____
Current Address

After completing this form, make two copies and:

1.  Deliver one copy to: District Court of GARLAND County, Arkansas
                         HOT SPRINGS Division
    (within 30 days)     607 OUACHITA, ROOM 150
                         HOT SPRINGS, AR 71901
2.  Mail one copy to the Plaintiff (address listed on front)

3.  Keep a copy for your records

INFORMATION AND INSTRUCTIONS   1475665      2015-*25⨝*

You have been Sued by the Plaintiff(s) listed on the first page of this claim
form.  Below, find and answer form to fill out and return to the Court WITHIN
30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your
records.  You are also required to mail a copy of this answer to the
Plaintiff.  It is not necessary that an attorney be hired to represent you.
However, if you wish, you may take this claim form to an attorney.  The court
will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A
WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU
FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT,
A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM
FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS
OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN
AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:_____(PLEASE PRINT OR TYPE)

A. ___✓___   I admit everything in the complaint and do not want a trial.  I
             understand that the Plaintiff is entitled to a judgment against me
             for the amount sued for, plus court costs, attorney fees, service
             fees and interest.

B. _____   I admit that I am responsible, but not for the total amount claimed
             by the Plaintiff because _____
             _____so
             therefore I request a trial in this case.  (You must deliver this to
             the clerk's office within 30 days.)

C. _____   I deny that I am responsible at all and request a trial in the case
             because_____
             _____(You
             must deliver this to the clerk's office within 30 days.)

D. _____   I deny that I am responsible at all, in fact the Plaintiff is the
             one at fault.  (Please contact the Court Clerk's Office in order to
             file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number.  Please put Page 2 at the top corner and sign and
date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30
DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_____       4-20-15_____   _____
Defendant's Signature                  Date            Phone Number

Current Address _____

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of GARLAND County, Arkansas
                          HOT SPRINGS Division
     (within 30 days)     607 OUACHITA, ROOM 150
                          HOT SPRINGS, AR 71901
2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records

INFORMATION AND INSTRUCTIONS   1493922     2015- 259

You have been Sued by the Plaintiff(s) listed on the first page of this claim form. Below, find and answer form to fill out and return to the Court WITHIN 30 DAYS OF SERVICE. It is advised that you keep a copy of this form for your records. You are also required to mail a copy of this answer to the Plaintiff. It is not necessary that an attorney be hired to represent you. However, if you wish, you may take this claim form to an attorney. The court will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE. IMPORTANT: IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST. IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:   (PLEASE PRINT OR TYPE)

A.   ___✓___   I admit everything in the complaint and do not want a trial. I understand that the Plaintiff is entitled to a judgment against me for the amount sued for, plus court costs, attorney fees, service fees and interest.

B.   _____   I admit that I am responsible, but not for the total amount claimed by the Plaintiff because _____ so therefore I request a trial in this case. (You must deliver this to the clerk's office within 30 days.)

C.   _____   I deny that I am responsible at all and request a trial in the case because_____ (You must deliver this to the clerk's office within 30 days.)

D.   _____   I deny that I am responsible at all, in fact the Plaintiff is the one at fault. (Please contact the Court Clerk's Office in order to file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff, Defendant and Case Number. Please put Page 2 at the top corner and sign and date the 2nd page. YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30 DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_____     __5-20-15__     _____
Defendant's Signature                        Date           Phone Number

Current Address _____

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of GARLAND County, Arkansas
                          HOT SPRINGS Division
     (within 30 days)     607 OUACHITA, ROOM 150
                          HOT SPRINGS, AR 71901
2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records

INFORMATION AND INSTRUCTIONS  1489029    2015- 207

You have been Sued by the Plaintiff(s) listed on the first page of this claim
form.  Below, find and answer form to fill out and return to the Court WITHIN
30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your
records.  You are also required to mail a copy of this answer to the
Plaintiff.  It is not necessary that an attorney be hired to represent you.
However, if you wish, you may take this claim form to an attorney.  The court
will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A
WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU
FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT,
A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM
FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS
OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN
AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A.  ___✓___  I admit everything in the complaint and do not want a trial.  I
             understand that the Plaintiff is entitled to a judgment against me
             for the amount sued for, plus court costs, attorney fees, service
             fees and interest.

B.  _____  I admit that I am responsible, but not for the total amount claimed
             by the Plaintiff because _____
             _____ so
             therefore I request a trial in this case.  (You must deliver this to
             the clerk's office within 30 days.)

C.  _____  I deny that I am responsible at all and request a trial in the case
             because_____
             _____(You
             must deliver this to the clerk's office within 30 days.)

D.  _____  I deny that I am responsible at all, in fact the Plaintiff is the
             one at fault.  (Please contact the Court Clerk's Office in order to
             file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number.  Please put Page 2 at the top corner and sign and
date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30
DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_John Ray Jr._____    __2-22-15__    _____
Defendant's Signature         Date        Phone Number

_____
Current Address

After completing this form, make two copies and:

1.  Deliver one copy to: District Court of GARLAND County, Arkansas
                          HOT SPRINGS Division
    (within 30 days)      607 OUACHITA, ROOM 150
                          HOT SPRINGS, AR 71901
2.  Mail one copy to the Plaintiff (address listed on front)

3.  Keep a copy for your records

INFORMATION AND INSTRUCTIONS   1481552      2015- 162

You have been Sued by the Plaintiff(s) listed on the first page of this claim form. Below, find and answer form to fill out and return to the Court WITHIN 30 DAYS OF SERVICE. It is advised that you keep a copy of this form for your records. You are also required to mail a copy of this answer to the Plaintiff. It is not necessary that an attorney be hired to represent you. However, if you wish, you may take this claim form to an attorney. The court will not appoint an attorney to represent you.

MAR 26 AM 11: 44

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE. IMPORTANT: IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST. IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:   (PLEASE PRINT OR TYPE)

A.  ✓ I admit everything in the complaint and do not want a trial. I understand that the Plaintiff is entitled to a judgment against me for the amount sued for, plus court costs, attorney fees, service fees and interest.

B. _____ I admit that I am responsible, but not for the total amount claimed by the Plaintiff because _____ so therefore I request a trial in this case. (You must deliver this to the clerk's office within 30 days.)

C. _____ I deny that I am responsible at all and request a trial in the case because_____ (You must deliver this to the clerk's office within 30 days.)

D. _____ I deny that I am responsible at all, in fact the Plaintiff is the one at fault. (Please contact the Court Clerk's Office in order to file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff, Defendant and Case Number. Please put Page 2 at the top corner and sign and date the 2nd page. YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30 DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

Theresa N. Chambliss      3/24/15      _____
Defendant's Signature          Date         Phone Number

Current Address

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of GARLAND County, Arkansas
                           HOT SPRINGS Division
     (within 30 days)      607 OUACHITA, ROOM 150
                           HOT SPRINGS, AR 71901
2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records

INFORMATION AND INSTRUCTIONS  1489052          DCCI-15-

You have been Sued by the Plaintiff(s) listed on the first page of this claim
form.  Below, find and answer form to fill out and return to the Court WITHIN
30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your
records.  You are also required to mail a copy of this answer to the
plaintiff.  It is not necessary that an attorney be hired to represent yo
However, if you wish, you may take this claim form to an attorney.  The court
will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A
WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU
FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT,
A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM
FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS
OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN
AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A.  _____  I admit everything in the complaint and do not want a trial.  I
             understand that the Plaintiff is entitled to a judgment against me
             for the amount sued for, plus court costs, attorney fees, service
             fees and interest.

B.  ___✗___  I admit that I am responsible, but not for the total amount claimed
             by the Plaintiff because  I thought my insurance paid
             this                                                    so
             therefore I request a trial in this case.  (You must deliver this to
             the clerk's office within 30 days.)

C.  _____  I deny that I am responsible at all and request a trial in the case
             because_____
             _____(You
             must deliver this to the clerk's office within 30 days.)

D.  _____  I deny that I am responsible at all, in fact the Plaintiff is the
             one at fault.  (Please contact the Court Clerk's Office in order to
             file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number.  Please put Page 2 at the top corner and sign and
date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30
DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_Asha Welborn_                          _5-21-15_        _____
Defendant's Signature                   Date            Phone Number

_____
Current Address

After completing this form, make two copies and:

1.  Deliver one copy to: District Court of GARLAND  County, Arkansas
                         607 OUACHITA, ROOM 150
    (within 30 days)     HOT SPRINGS, AR  71901

2.  Mail one copy to the Plaintiff (address listed on front)

3.  Keep a copy for your records

INFORMATION AND INSTRUCTIONS  1481566        2015-153

You have been Sued by the Plaintiff(s) listed on the first page of this claim form.  Below, find and answer form to fill out and return to the Court WITHIN 30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your records.  You are also required to mail a copy of this answer to the Plaintiff.  It is not necessary that an attorney be hired to represent you.  However, if you wish, you may take this claim form to an attorney.  The court will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A.  ___✓___   I admit everything in the complaint and do not want a trial.  I understand that the Plaintiff is entitled to a judgment against me for the amount sued for, plus court costs, attorney fees, service fees and interest.

B.  _____   I admit that I am responsible, but not for the total amount claimed by the Plaintiff because _____ _____so therefore I request a trial in this case.  (You must deliver this to the clerk's office within 30 days.)

C.  _____   I deny that I am responsible at all and request a trial in the case because_____ _____(You must deliver this to the clerk's office within 30 days.)

D.  _____   I deny that I am responsible at all, in fact the Plaintiff is the one at fault.  (Please contact the Court Clerk's Office in order to file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff, Defendant and Case Number.  Please put Page 2 at the top corner and sign and date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30 DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_Tamara Rutherford_____ _5-21-15_____ _____
Defend                              Date         Phone Number

_____
Current Address

After completing this form, make two copies and:

1.  Deliver one copy to: District Court of GARLAND County, Arkansas
                          HOT SPRINGS Division
    (within 30 days)      607 OUACHITA, ROOM 150
                          HOT SPRINGS, AR 71901
2.  Mail one copy to the Plaintiff (address listed on front)

3.  Keep a copy for your records

INFORMATION AND INSTRUCTIONS   1450794      2015- 7 

You have been Sued by the Plaintiff(s) listed on the first page of this claim form.  Below, find and answer form to fill out and return to the Court WITHIN 30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your records.  You are also required to mail a copy of this answer to the Plaintiff.  It is not necessary that an attorney be hired to represent you.  However, if you wish, you may take this claim form to an attorney.  The court will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT: IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:   (PLEASE PRINT OR TYPE)

A.  _____   I admit everything in the complaint and do not want a trial.  I understand that the Plaintiff is entitled to a judgment against me for the amount sued for, plus court costs, attorney fees, service fees and interest.

B.  _____   I admit that I am responsible, but not for the total amount claimed by the Plaintiff because _____ _____ so therefore I request a trial in this case.  (You must deliver this to the clerk's office within 30 days.)

C.  _____   I deny that I am responsible at all and request a trial in the case because_____ _____(You must deliver this to the clerk's office within 30 days.)

D.  _____   I deny that I am responsible at all, in fact the Plaintiff is the one at fault.  (Please contact the Court Clerk's Office in order to file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff, Defendant and Case Number.  Please put Page 2 at the top corner and sign and date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30 DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_____      3-4-15
                                     Date        Phone Number

Current Address

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of POLK COUNTY, Arkansas
                          MENA Division
     (within 30 days)     507 CHURCH ST
                          MENA, AR 71953
2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records

FILED

MAR 0 4 2015

DISTRICT COURT CLERK

BY_____

INFORMATION AND INSTRUCTIONS   1470757   *CV -2015- 125*

You have been Sued by the Plaintiff(s) listed on the first page of this claim form.   Below, find and answer form to fill out and return to the Court WITHIN 30 DAYS OF SERVICE.   It is advised that you keep a copy of this form for your records.   You are also required to mail a copy of this answer to the Plaintiff.   It is not necessary that an attorney be hired to represent you. However, if you wish, you may take this claim form to an attorney.   The court will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.   IMPORTANT:   IF YOU FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.   IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:   (PLEASE PRINT OR TYPE)

A.   _____   I admit everything in the complaint and do not want a trial.   I understand that the Plaintiff is entitled to a judgment against me for the amount sued for, plus court costs, attorney fees, service fees and interest.

B.   _____   I admit that I am responsible, but not for the total amount claimed by the Plaintiff because _____ _____ so therefore I request a trial in this case.   (You must deliver this to the clerk's office within 30 days.)

C.   _____   I deny that I am responsible at all and request a trial in the case because_____ _____ (You must deliver this to the clerk's office within 30 days.)

D.   _____   I deny that I am responsible at all, in fact the Plaintiff is the one at fault.   (Please contact the Court Clerk's Office in order to file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff, Defendant and Case Number.   Please put Page 2 at the top corner and sign and date the 2nd page.   YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30 DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.   I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

Defendant's Signature _____   Date 3/9/15 _____   Phone Number _____

Current Address _____

After completing this form, make two copies and:

1.   Deliver one copy to:   District Court of GARLAND County, Arkansas
                                      HOT SPRINGS Division
     (within 30 days)        607 OUACHITA, ROOM 150
                                      HOT SPRINGS, AR 71901

2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records

INFORMATION AND INSTRUCTIONS  1468859      *HTCV*
                                            DCCI-15-*121*

You have been Sued by the Plaintiff(s) listed on the first page of this claim
form.  Below, find and answer form to fill out and return to the Court WITHIN
30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your
records.  You are also required to mail a copy of this answer to the
plaintiff.  It is not necessary that an attorney be hired to represent yo
However, if you wish, you may take this claim form to an attorney.  The court
will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A
WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU
FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT,
A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM
FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS
OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN
AND SOLD TO PAY THE JUDGMENT.

CHECK ONE   (PLEASE PRINT OR TYPE)

A.  ___✓___   I admit everything in the complaint and do not want a trial.  I
              understand that the Plaintiff is entitled to a judgment against me
              for the amount sued for, plus court costs, attorney fees, service
              fees and interest.

B.  _____   I admit that I am responsible, but not for the total amount claimed
              by the Plaintiff because _____
              _____so
              therefore I request a trial in this case.  (You must deliver this to
              the clerk's office within 30 days.)

C.  _____   I deny that I am responsible at all and request a trial in the case
              because_____
              _____(You
              must deliver this to the clerk's office within 30 days.)

D.  _____   I deny that I am responsible at all, in fact the Plaintiff is the
              one at fault.  (Please contact the Court Clerk's Office in order to
              file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number.  Please put Page 2 at the top corner and sign and
date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30
DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_____         07/09/2015
Defendant's Signature                 Date              Phone Number
                                                        _____
Current Address

After completing this form, make two copies and:

1.  Deliver one copy to: District Court of GARLAND  County, Arkansas
                          607 OUACHITA, ROOM 150
    (within 30 days)      HOT SPRINGS, AR  71901

2.  Mail one copy to the Plaintiff (address listed on front)

3.  Keep a copy for your records

INFORMATION AND INSTRUCTIONS   1434205      2015- 115

You have been Sued by the Plaintiff(s) listed on the first page of this claim
form.  Below, find and answer form to fill out and return to the Court WITHIN
30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your
records.  You are also required to mail a copy of this answer to the
Plaintiff.  It is not necessary that an attorney be obtained to represent you.
However, if you wish, you may take this claim form to an attorney.  The court
will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS NEED TO FILE A
WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU
FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT,
A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM
FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS
OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN
AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A.  _____   I admit everything in the complaint and do not want a trial.  I
              understand that the Plaintiff is entitled to a judgment against me
              for the amount sued for, plus court costs, attorney fees, service
              fees and interest.

B.  KP        I admit that I am responsible, but not for the total amount claimed
              by the Plaintiff because _____
              _____ so
              therefore I request a trial in this case.  (You must deliver this to
              the clerk's office within 30 days.)

C.  _____   I deny that I am responsible at all and request a trial in the case
              because_____
              _____(You
              must deliver this to the clerk's office within 30 days.)

D.  _____   I deny that I am responsible at all, in fact the Plaintiff is the
              one at fault.  (Please contact the Court Clerk's Office in order to
              file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number.  Please put Page 2 at the top corner and sign and
date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30
DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

_____        _____        _____ .
Defendant's Signature          Date                Phone Number
Kesha L. Pitt                  2/20/2015

_____
Current Address

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of GARLAND County, Arkansas
                          HOT SPRINGS Division
     (within 30 days)     607 OUACHITA, ROOM 150
                          HOT SPRINGS, AR 71901
2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records

INFORMATION AND INSTRUCTIONS  1434244      2015- 𝒬𝒪

You have been Sued by the Plaintiff(s) listed on the first page of this claim
form.  Below, find and answer form to fill out and return to the Court WITHIN
30 DAYS OF SERVICE.  It is advised that you keep a copy of this form for your
records.  You are also required to mail a copy of this answer to the
Plaintiff.  It is not necessary that an attorney be hired to represent you.
However, if you wish, you may take this claim form to an attorney.  The court
will not appoint an attorney to represent you.

YOU HAVE 30 DAYS FROM THE DATE YOU WERE SERVED WITH THIS FORM TO FILE A
WRITTEN ANSWER WITH THE MUNICIPAL COURT CLERK'S OFFICE.  IMPORTANT:  IF YOU
FAIL TO FILE A WRITTEN ANSWER WITHIN 30 DAYS OF BEING SERVED WITH THIS SUIT,
A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM
FILED, PLUS COURT COSTS, ATTORNEY FEES, SERVICE FEES, AND INTEREST.  IF THIS
OCCURS, YOUR WAGES MAY BE GARNISHED OR YOUR PERSONAL PROPERTY MAY BE TAKEN
AND SOLD TO PAY THE JUDGMENT.

CHECK ONE:  (PLEASE PRINT OR TYPE)

A.  _____   I admit everything in the complaint and do not want a trial.  I
             understand that the Plaintiff is entitled to a judgment against me
             for the amount sued for, plus court costs, attorney fees, service
             fees and interest.

B.  _____   I admit that I am responsible, but not for the total amount claimed
             by the Plaintiff because _____
             _____ so
             therefore I request a trial in this case.  (You must deliver this to
             the clerk's office within 30 days.)

C.  _____   I deny that I am responsible at all and request a trial in the case
             because_____
             _____(You
             must deliver this to the clerk's office within 30 days.)

D.  __✓__    I deny that I am responsible at all, in fact the Plaintiff is the
             one at fault.  (Please contact the Court Clerk's Office in order to
             file a Counterclaim.)

If you need more room, please attach another page and list Plaintiff,
Defendant and Case Number.  Please put Page 2 at the top corner and sign and
date the 2nd page.  YOU MUST DELIVER THIS TO THE CLERK'S OFFICE WITHIN 30
DAYS.

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.  I HAVE SENT A COPY OF THIS ANSWER TO THE PLAINTIFF
AT THE ADDRESS LISTED ON THE OTHER PAGE OF THIS CLAIM FORM.

*Patricia Mull*                    *4-20-20b*                    _____
Defendant's Signature                    Date                    Phone Number

current address

After completing this form, make two copies and:

1.   Deliver one copy to: District Court of GARLAND County, Arkansas
                          HOT SPRINGS Division
     (within 30 days)     607 OUACHITA, ROOM 150
                          HOT SPRINGS, AR 71901
2.   Mail one copy to the Plaintiff (address listed on front)

3.   Keep a copy for your records