IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BARBARA RASULALLAH, Individually          *
and on behalf of all others similarly situated,   *
                                                  *
            Plaintiff,                            *
                                                  *
vs.                                               *          No. 4:16CV00024 SWW
                                                  *
RECEIVABLES MANAGEMENT                            *
CORPORATION OF AMERICA and                        *
JOHN DOES 1-10,                                   *
                                                  *
            Defendants.                           *

**Order of Dismissal**

Before the Court is plaintiff's motion to dismiss, stating the parties have settled this

matter and requesting an order dismissing the case with prejudice.  The motion [ECF No. 3] is

granted.

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice.

DATED this 15th day of March, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE